No. 54, Misc. CALDWELL *v.* MARYLAND. Criminal Court of Baltimore, Maryland. Certiorari denied.

No. 55, Misc. ARMSTRONG *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 56, Misc. VALENTINO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 58, Misc. LUSTIG *v.* COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondents.

No. 60, Misc. COUSER *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 61, Misc. TRUMBLAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 62, Misc. BLANKENSHIP *v.* SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 64, Misc. MANCINI ET AL. *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 65, Misc. SHERIFF *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. William I. Siegel* and *Edward S. Silver* for respondent.